IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISCTRIC OF OHIO

| | |
|---|---|
| <u>Michael A. Allamby</u><br>Pro se Plaintiff | 1:09 CV 1113<br>CASE NO. _____ |
| -vs- | JUDGE  JUDGE BOYKO<br>MAG. JUDGE GALLAS |
|  KANSAS CITY, MO  64999-___<br>Defendant | COMPLAINT |

1.  Pro se Plaintiff:
    Michael A. Allamby
    1887 Knowles Street
    East Cleveland, Ohio 44112

Defendants,
   IRS Department of the Treasury
   Internal Revenue Service
   KANSAS CITY, MO  64999-

Facts

2.  Unspecified entities (Defendants) on February 16, 2009 notified Plaintiff, Michael A. Allamby that they have charged Plaintiff a multitude of penalties involving one or more unnamed person(s)' tax liability.

3.  Jurisdiction: Diversity of Citizenship and Amount
The action arises under the Constitution of the United States, Article 3, Section 2.
Plaintiff is a citizen of the State of Ohio and Defendants provided an address other than in the State of Ohio. The matter in controversy exceeds the sum specified by U.S.C. § 1332.

Defendants demand from Plaintiff the payment of 15% of each individual penalty before Plaintiff can file a claim in one or more United States District Court.

4.  Plaintiff, on February 28, 2009, requested information from Defendants of Plaintiff's involvement with the unknown entity(s).

5.  On March 23, 2009, Defendants notified Plaintiff that several "unpaid accounts" showing unpaid balances, have been established by Defendants for Plaintiff. Included in the unpaid accounts and unpaid balances are various substantial amounts of interest.

6.  On March 23, 2009, Plaintiff responded to Defendants, addressing the seriousness of the need of the Defendants to respond to the requests addressed in Plaintiff's February 28, 2009 response. Plaintiff also addressed the need for additional information included in Defendants March 23, 2009 notice.

7.  As of this date, May 13, 2009, Plaintiff's requests have been ignored. Plaintiff is seeking response from the Defendants, i.e. who are the Defendants; and is seeking relief of blatant and untoward harassment by the same. Plaintiff is also seeking damages of $100,000 resulting from the trauma, stress, charges and claims of Defendants.

*(signature)*
Michael A. Allamby
1887 Knowles Street
East Cleveland, Ohio, 44112
May 13, 2009