To    :United States District Court For The Northern District of Ohio
From  :Michael Allamby, Pro Se Plaintiff, Case No. 1:09 CV 1113
Subj. :Misnomer of Defendant
Date: June 16, 2009
Sirs or Madams:

On May 13, 2009 I submitted a complaint to the Clerk of Court in the United States District Court For The Northern District of Ohio. The complaint listed Michael A. Allamby as Pro Se Plaintiff and **IRS** Department of the Treasury Internal Revenue Service KANSAS CITY, MO 64999- Defendant.

The address for the Pro Se Plaintiff read:
Pro se Plaintiff:
Michael A. Allamby
1887 Knowles Street
East Cleveland, Ohio 44112

The address for the Defendants read:
**IRS** Department of the Treasury Internal Revenue Service
KANSAS CITY, MO 64999-

In the complaint, I specifically stated that the Defendants are unspecified entities. I earlier drafted several letters to the above entities at the address shown immediately above. In each letter I requested that they specify who they are. I am uncertain of whether they are a creditor agency, a government agency, or some other entity.

In the "cases filed" section of the United States District Court For The Northern District of Ohio, I find that the Clerk of Court or some other party submitted a misnomer pertaining to the defendant. The responsible party addressed the Defendants as **Internal Revenue Service** and categorized them **U. S. Government Defendant.**

At no time did I receive any response from **IRS** Department of the Treasury Internal Revenue Service KANSAS CITY, MO 64999- stating that they are the Internal Revenue Service nor that they are the U. S. Government. I do have reason to believe that they, as a creditor or "debtor creating entity," cannot substantiate their misunderstood status as "the Internal Revenue Service" or as "the U. S. Government."

As made known in the SUMMONS IN A CIVIL ACTION: failure to serve on the PLAINTIFF'S ATTORNEY an answer to the complaint within a specific number of days after the service of this summons on you, judgment by default will be taken against you for the relief demanded in the complaint.

_____
Signature of Requester

BE IT KNOWN, that on this _____ day of JUN 1 6 2009, in the year of our Lord _____, before me, a Notary Public, in and for the said __CUYAHOGA__ County, _____ State, personally appeared the above named person, and executed the foregoing document, and acknowledged the same to be a free Act and Deed.

_____ NotaryPublic

My Commission expires _____
AKRAM RABAH
Notary Public, State of Ohio
My Commission Expires Feb. 13, 2012