To     :United States District Court For The Northern District of Ohio
From   :Michael Allamby, Pro Se Plaintiff, Case No. 1 :09 CV 1113
Subj.  :Re: Writ of Execution to enforce a judgment
Date:  July 22, 2009

Sirs or Madams:

On July 15, 2009 I submitted my affidavit to the Clerk of Court in the United States District Court For The Northern District of Ohio. The affidavit listed Michael A. Allamby as Pro Se Plaintiff and **IRS** Department of the Treasury Internal Revenue Service KANSAS CITY, MO 64999- Defendant.

The address for the Pro Se Plaintiff read:

Pro se Plaintiff:
Michael A. Allamby
1887 Knowles Street
East Cleveland, Ohio 44112

The address for the Defendants read:

**IRS** Department of the Treasury Internal Revenue Service
KANSAS CITY, MO 64999-

I included the following in the affidavit:

**Rule 55. Default**

(a) ENTRY. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

(b) JUDGMENT. Judgment by default may be entered as follows:
(1) *By the Clerk*. When the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendant, if the defendant has been defaulted for failure to appear and is not an infant or incompetent person.

This is my affidavit that no response has been forthcoming within the 30 or 60 days allotted. One Hundred Thousand Dollars ($100,000) is the amount demanded in the complaint.

I am officially making known that a week has passed since the filing of the affidavit with the Clerk of Court in the United States District Court For The Northern District of Ohio. I am also officially making known that as of this date I have received no response pertaining to the party's default.

Sincerely,
Michael A. Allamby

*Michael Allamby*
Pro Se Plaintiff