To :United States District Court For The Northern District of Ohio
From :Michael Allamby, Pro Se Plaintiff, Case No. 1 :09 CV 1113
Subj. :Writ of Execution to enforce a judgment
Date: July 15, 2009

Sirs or Madams:

On May 13, 2009 I submitted a complaint to the Clerk of Court in the United States District Court For The Northern District of Ohio. The complaint listed Michael A. Allamby as Pro Se Plaintiff and  Defendant.

The address for the Pro Se Plaintiff read:
Pro se Plaintiff:
Michael A. Allamby
1887 Knowles Street
East Cleveland, Ohio 44112

The address for the Defendants read:
IRS Department of the Treasury Internal Revenue Service
KANSAS CITY, MO 64999-

Rule 55 of the Federal Rules of Civil Procedure informs me:

**Rule 55. Default**

(a) ENTRY. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.
(b) JUDGMENT. Judgment by default may be entered as follows:
(1) *By the Clerk*. When the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendant, if the defendant has been defaulted for failure to appear and is not an infant or incompetent person.

In the SUMMONS IN A CIVIL ACTION, the defendant was informed:
**YOU ARE HEREBY SUMMONED** and required to serve on the PLAINTIFF'S ATTORNEY (name and address) an answer to the complaint which is served upon you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint....

This is my affidavit that no response has been forthcoming within the 30 or 60 days allotted. One Hundred Thousand Dollars ($100,000) is the amount demanded in the complaint.

_____
Signature of Requester

BE IT KNOWN, that on this _____ day of ___JUL 1 5 2009___, in the year of our Lord _____, before me, a Notary Public, in and for the said _____ County, _____ State, personally appeared the above named person, and executed the foregoing document, and acknowledged the same to be a free Act and Deed.

_____ NotaryPublic

My Commission expires _____

AKRAM RABAH
Notary Public, State of Ohio
My Commission Expires Feb. 13, 2012